JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-9-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CESAR LEMUS,

    Petitioner,

vs.

STU SHERMAN, Warden,

    Respondent.

Case No. CV 14-7732-JAK (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: January 7, 2015

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE